UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | Case No. 1:25-mj-62<br>Litkovitz, M.J. |
| vs. | |
| ELIAZER SINCLAIR VILLALTA,<br>    Defendant. | DETENTION ORDER |

In accordance with 18 U.S.C. § 3142(f), the defendant has been given the opportunity for a detention hearing. The defendant, through counsel, waived the detention hearing. The following facts and circumstances require the defendant to be detained pending trial.

The defendant has consented to detention in accordance with the terms of the U.S. Attorney's Office Fast Track/Early Disposition Program.

## DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

**IT IS SO ORDERED**.

Date: 2/3/2025

_Karen L. Litkovitz_
Karen L. Litkovitz
United States Magistrate Judge